IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KANSAS

| | |
|---|---|
| ERNEST WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) JURY TRIAL DEMANDED ) |
| DIVERSIFIED CONSULTANTS INC | ) ) |
| Defendant. | ) |

## COMPLAINT

NOW COMES the Plaintiff, Ernest Williams by and through undersigned counsel, and for his complaint against the Defendant, Diversified Consultants Inc Plaintiff states as follows:

### I.  PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act 15 U.S.C. § 1692 *et seq*. ("FDCPA").

### II.  JURISDICTION & VENUE

2. Jurisdiction arises under 15 U.S.C. § 1692 and pursuant to 28 U.S.C. § 1331.

3. Venue is proper in this District in that Plaintiff resides here, Defendant transacts business here, and the conduct complained of occurred here.

### III.  PARTIES

4. Ernest Williams ("Plaintiff") is a natural person who resides in Bonner Springs, Kansas.

5. Plaintiff is a "consumer" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(3).

6. Diversified Consultants, Inc ("Diversified") is a business entity engaged in the collection of consumer debt in Kansas.

7. Diversified is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6) in that it is an entity of which its "principal purpose" is the collection of debts.

### IV.  ALLEGATIONS

8. The debt allegedly owed by Plaintiff (a Sprint phone bill), was incurred primarily for personal, family, or household services and is therefore a "debt" as that term is defined by the FDCPA, 15. U.S.C. § 1692a(5).

9. On or about August 1, 2018, Plaintiff retained counsel to assist in the resolution of several debts, including the Debt.

10. On or about September 20, 2018, counsel for Plaintiff notified Defendant via written correspondence of their representation and requested validation of the accounts held by Defendant bearing Plaintiffs name.

11. On or about September 25, 2018 at 11:23 a.m. an employee of Defendant (illegible but possibly "Julie Boom") signed for this letter of representation (Exhibit A attached).

12. On or about October 9, 2018, Defendant contacted Plaintiff directly (via written correspondence dated October 5) despite notice that Plaintiff was represented by an attorney.

13. Despite receiving notice that Plaintiff was represented by an attorney, Defendant Diversified contacted Plaintiff directly.

14. This communication by Diversified violated 15 U.S.C. § 1692c(a)(2), in that they contacted a consumer after receiving notice that the consumer was represented by an attorney.

### V.     JURY DEMAND AND DESIGNATION OF PLACE OF TRIAL

15. Plaintiff is entitled to and hereby respectfully demands a trial by jury on all issues so triable.

16. Plaintiff is requesting that a trial be held in the above captioned matter at the Robert J. Dole Federal Courthouse in Kansas City, Kansas

### VII.     PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Ernest Williams, respectfully prays for judgment as follows:

a.   All actual compensatory damages suffered pursuant to 15 U.S.C. § 1692k(a)(1) from Diversified and for Plaintiff;

b.   Statutory damages of $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A) from Diversified and for Plaintiff;

c.   Plaintiff's attorneys' fees and costs pursuant to 15 U.S.C. § 1692k(a)(3) from Diversified and for Plaintiff;

d.   Any other relief deemed appropriate by this Honorable Court.

Respectfully submitted,

**CREDIT LAW CENTER**

**By: /s/ Tom Addleman**
Tom Addleman  KS #21104
4041 NE Lakewood Way, Suite 200

Lee's Summit, MO  64064<br>
Telephone:  816-246-7800<br>
Facsimile:   855-523-6884<br>
toma@creditlawcenter.com<br>
**Attorney for Plaintiff**